## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Malibu Media, LLC

v.                                    Case Number: 4:18−cv−03424

JOHN DOE

---

## NOTICE OF RESETTING

**A proceeding has been set in this case as to JOHN DOE as set forth below.**

**Before the Honorable Frances H Stacy**

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/7/2019

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

---

Date: January 7, 2019                          David J. Bradley, Clerk